IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERTO INIGUEZ; and DAVID-WYNN MILLER,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMERICA'S WHOLESALE LENDER; RECONTRUST COMPANY, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>          Defendants.<br>_____/ | No. C 11-4959 CW<br><br>ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE OR DISMISS<br>(Docket No. 8) |

On November 23, 2011, Defendants Countrywide Home Loans, Inc., doing business as America's Wholesale Lender, a wholly-owned subsidiary of Bank of America, N.A., ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc. filed a motion to strike or dismiss the complaint filed by pro se Plaintiffs Roberto Iniguez and David-Wynn Miller.  A hearing on the motion was set for January 5, 2012.  Pursuant to Local Rule 7-3(a), Plaintiffs' opposition to the motion was due by December 7, 2011.  Thus far, Plaintiffs have failed to submit an opposition.

Plaintiffs shall oppose Defendants' motion by December 15, 2011, or face dismissal of their action for failure to prosecute.  The Court notes that Plaintiffs' complaint is unintelligible.  If Plaintiffs fail to respond with an intelligible opposition, the Court shall deem Plaintiffs' submission a failure to prosecute the action and will dismiss it.

If Plaintiffs file an opposition on or before December 15, 2011, Defendants may submit a reply on or before December 22, 2011.  The hearing set for January 5, 2012 is vacated.

IT IS SO ORDERED.

Dated: 12/8/2011

CLAUDIA WILKEN
United States District Judge