IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO INIGUEZ; and DAVID-WYNN MILLER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICA'S WHOLESALE LENDER; RECONTRUST COMPANY, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　Defendants.<br>_____/ | No. C 11-4959 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

　　On November 23, 2011, Defendants Countrywide Home Loans, Inc., doing business as America's Wholesale Lender, a wholly-owned subsidiary of Bank of America, N.A., ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc. filed a motion to strike or dismiss the complaint filed by pro se Plaintiffs Roberto Iniguez and David-Wynn Miller.  On December 8, 2011, this Court allowed Plaintiffs to file any opposition to Defendants' motion by December 15, 2011, and stated that failure to do so would result in their action being dismissed for failure to prosecute.

　　Plaintiffs did not file an opposition to Defendants' motion to dismiss.  Accordingly, the Court DISMISSES Plaintiffs' action without prejudice for failure to prosecute.

　　IT IS SO ORDERED.

Dated: 12/20/2011

　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge